UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

GEOFF DITTBERNER,

                                                                Civil No. 23-2630 (JRT/LIB)

            Plaintiff,

v.                                                  **ORDER OF RECUSAL**

UNIVERSITY OF MINNESOTA,

            Defendant.

---

ANDREA SEBERSON,

            Plaintiff,

                                                          Civil No. 23-2751 (JRT/JFD)

v.

UNIVERSITY OF MINNESOTA,

            Defendant.

---

The above-captioned cases are assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing these matters.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

DATED: September 25, 2023
at Minneapolis, Minnesota.

                s/John R. Tunheim
                JOHN R. TUNHEIM
                United States District Court