UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrea Seberson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF MINNESOTA,<br><br>　　　　Defendant. | Case No. 0:23-cv-02751<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff Anne Seberson, by and through undersigned counsel, hereby give notice that she is voluntarily dismissing all claims against Defendant University of Minnesota, pending in the above captioned case, without prejudice.

　　Plaintiff states that Defendant has not filed an answer or motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiff files this Notice of Dismissal with the intention of dismissing all of her claims against Defendant, without prejudice.

　　Accordingly, Plaintiff Anne Seberson hereby dismiss all of her claims against Defendant without prejudice.

Dated: November 14, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Amanda M. Williams
　　　　　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　　　　　Amanda M. Williams (#0341691)

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

*Counsel for Plaintiff*